# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '25 MJ594 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | Transportation of Illegal Aliens |
| Edwin Alejandro REGALADO Duran, | |
| Josue Vasquez JIMENEZ | |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about February 9, 2025, within the Southern District of California, defendant, Edwin Alejandro REGALADO Duran and Josue Vasquez JIMENEZ, knowing or in reckless disregard of the fact that a certain alien, namely, Diego PEDRO-Antonio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 10, 2025.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Edwin Alejandro REGALADO Duran,
Josue Vasquez JIMENEZ

### PROBABLE CAUSE STATEMENT

The complainant states that Diego PEDRO-Antonio, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 9, 2024, Border Patrol Agent C. Torres was performing his assigned duties in the Brown Field Border Patrol Station's area of responsibility. Agent Torres was wearing a full rough duty Border Patrol uniform with badge and insignia clearly visible. At approximately 12:25 PM, Agent Torres was performing vehicle inspections in the primary lanes of the State Route 94 Immigration Inspection Checkpoint when a Silver Nissan Altima approached his position. Agent Torres performed an immigration inspection on the driver of the Altima, later identified as Edwin Alejandro REGALADO Duran. REGALADO stated he is a lawfully admitted permanent resident but was not able to find his identification. Agent Torres referred the Nissan to the secondary inspection area for further investigation. At secondary, REGALADO and a passenger, later identified as Josue Vasquez JIMENEZ, stated they were driving from Los Angeles, California. Agent Torres requested and were granted permission to search the trunk of the vehicle. Agent Torres then encountered one individual, later identified as material witness Diego PEDRO-Antonio, laying in the trunk sweating with wet and dirty clothes. The area where this occurred is approximately 7.5 miles east of the Otay Mesa, California Port of Entry and 7 miles north of the United States/Mexico International Boundary. Agent Torres performed an immigration inspection on PEDRO. PEDRO stated he is a citizen of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. At approximately 12:30 PM, Agent Torres placed REGALADO, JIMENEZ and PEDRO under arrest.

Material witness Diego PEDRO-Antonio stated he is a citizen of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. PEDRO stated his intended destination was Riverside, California. PEDRO stated he agreed to pay approximately $20,000 USD to be smuggled into the United States. PEDRO stated that the coordinators showed him a map of where to run and climb the fence and where the pickup vehicle would be located. PEDRO stated that when he got to the vehicle, the trunk was already open. PEDRO stated that when he entered the trunk of the vehicle, there were no other occupants. PEDRO stated that he waited until he heard two people enter the vehicle. PEDRO stated that one of the occupants said, "hey brother, don't worry because we are going." PEDRO

CONTINUATION OF COMPLAINT:
Edwin Alejandro REGALADO Duran,
Josue Vasquez JIMENEZ

stated that it was hot, and he was sweating profusely in the trunk and had to turn back and forth to breath fresh air. PEDRO stated that he feared the driver of the vehicle because he saw a rifle in the trunk of the vehicle. Pedro stated that after a short time, the vehicle stopped, and they were apprehended by Border Patrol.